| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**P & M Petroleum Management, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **84-6132324** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**555 17th Street, #1400**<br>**Denver, CO**                   ZIP CODE **80202** | Street Address of Joint Debtor (No. & Street, City, and State):                    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Denver** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**P & M Petroleum Management, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed:     **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❏   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X   Not Applicable**<br>           Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
❏  Yes, and Exhibit C is attached and made a part of this petition.
☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

❏     Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❏     Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❏     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

❏     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❏     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

           (Name of landlord that obtained judgment)

           (Address of landlord)

❏     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❏     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❏     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**P & M Petroleum Management, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>_____<br>Signature of Debtor<br><br>X **Not Applicable**<br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>❏ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>❏ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney**<br>X *[signed]*<br>Signature of Attorney for Debtor(s)<br>**Lee M. Kutner   Bar No. 10966**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br>**Kutner Miller Brinen, P.C.**<br>Firm Name<br>**303 East 17th Avenue Suite 500**<br>Address<br>**Denver, CO 80203**<br><br>**(303) 832-2400**          **(303) 832-1510**<br>Telephone and Fax Number<br>**9-25-12**          **lmk@kutnerlaw.com**<br>Date and E-Mail Address<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X **Not Applicable**<br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X *[signed]*<br>Signature of Authorized Individual<br>**Edward Neibauer**<br>Printed Name of Authorized Individual<br>**Manager**<br>Title of Authorized Individual<br>**9-25-12**<br>Date | |

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

IN RE                                                           CASE NO. _____

**P & M Petroleum Management, LLC**

                                                                CHAPTER      **11**

                         DEBTOR(S)

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verifies that the attached matrix list of creditors is true and correct to the best of our knowledge.

Date: _9/25/12_                                    _____
                                                   **Edward Neibauer**
                                                                              Debtor

Adrian Leonard IV, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, CO 80202-5424


Allen & Schramm
518 17th Street #1105
Denver, CO 80202-4112


Ally Equipment
3931 Holly Street
Denver, CO 80207


Anchor Services
PO Box 1868
Gillete, WY 82717-1868


Angel, LLC
6601 E Progress Ave
Greenwood Village, CO 80111


B&S Drilling Fluids
PO Box 1459
Vernal, UT 84078


Baker Hughes
Business Support Services
PO Box 200415
Houston, TX 77216-0415


Barry L. Wilkie, Esq.
1999 Broadway, Suite 3150
Denver, CO 80202


Bico Drilling Tools
1604 Greens Road
Houston, TX 77032

Borets Weatherford
PO Box 200019
Houston, TX 77216-0019

Bourland & Leverich
PO Box 95300
Grapevine, TX 76099-9752

Bri-Dan Services
PO Box 3260
Gillette, WY 82717

C&S Oil Tools
PO Box 2181
Gillette, WY 82717

Calais Energy Acctg
555 17th Street #1400
Denver, CO 80202

Chad McShane, Esq.
Robinson Waters & O'Dorisio, PC
1099 18th Street, Suite 2600
Denver, CO 80202

Champion Technology
PO Box 2243
Houston, TX 77252

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

Consolidated Oil Well
PO Box 4346
Houston, TX 77210-4346

```
D&DJ Oil Tools
PO Box 2011
Gillette, WY 82717-2011




Daniel Schauer
2423 Passaic Rd
Clearmont, WY 82835




Don Connell, Esq.
205 E Sixth Street
Storm Lake, IA 50588




Electrical Systems
PO Box 382
Gillette, WY 82717




Ensign US
PO Box 17805
Denver, CO 80217




Facts, Inc.
40 Constitution Drive
Gillette, WY 82716




Flogistix -  WY
PO Box 731390
Dallas, TX 75373-1390




Generators of Gillette
PO Box 1585
Gillette, WY 82717-1585




Flotek Pump Systems
PO Box 677496
Dallas, TX 75267-7496
```

```
Heidi Harris
3348 Georgia Circle
Gillette, WY 82718



Humming Bird Enterp
Chuck Harris
3307 Watsabaugh
Gillette, WY 82718



Integrated Prod Svcs
16800 Greenspoint Park Drive, Suite 200S
Houston, TX 77060



Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346



J R Salvage
PO Box 1597
Gillette, WY 82717



Jerry's Welding
PO Box 868
Douglas, WY 82633



John Crane Prod Sol
6308 West I-20
Midland, TX 79706



John Kettunen, Esq.
Dworkin, Chambers, Williams, York
Benson & Evans, PC
3900 E Mexico Ave, Suite 1300
Denver, CO 80210
```

K&D Perforators
PO Box 815
Upton, WY 82730


Kissack Water & Oil
PO Box 9
Rozet, WY 82727


L&H Industrial
913 L&J Court
Gillette, WY 82718


L&S Trucking
3490 South 1500 East
Vernal, UT 84078


Lo-Gear Trucking
189 Preston Street
Linch, WY 82640


Magna Energy
PO Box 2155
Gillette, WY 82717-2155


Mark E. Macy, Esq.
217 18th Street
Cheyenne, WY 82001


Marta-Co Control
Daniel E Conrad
PO Box 3032
Mills, WY 82644-3032


McJunkin Red Man
PO Box 640300
Pittsburgh, PA 15264-0300

Mel's Water Service
PO Box 37
Lysite, WY 82642-0037


Moore Mining
1020 Country Club Rd 7B
Gillette, WY 82718


Mountain Mud Svc
1301 E Lincoln Street
Gillette, WY 82716-3017


Northern Production
PO Box 4068
Gillette, WY 82717-4068


Odegard, LLC
6090B US Hwy 14-16
Arvada, WY 82831-9613


Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001

Office of the Attorney General
State of Colorado
1525 Sherman Street
7th Floor
Denver, CO 80203

Office of the US Attorney
District of Colorado
1225 Seventeenth Street
Suite 700
Denver, CO 80202-5598

P&M Rig Company
555 17th Street #1400
Denver, CO 80202

Pason Systems  
7701 West Little York, Suite 800  
Houston, TX 77040

Patriot Services  
4509 Wilson Way  
Gillette, WY 82718

Patterson Drilling  
PO Box 260111  
Dallas, TX 75321

Powder River Energy  
PO Box 930  
Sundance, WY 82729-0930

Powder River Power  
604 E Lakeway Dr  
Gillette, WY 82718

Precision Well Svc  
403 Commerce Drive  
Gillette, WY 82718

Promaac Systems  
3903 Garman Rd  
Gillette, WY 82716

Reynolds Transporation  
PO Box 1431  
Gillette, WY 82717

Sanjel  
511 16th Street, #300  
Denver, CO 80202

Sharkey Well Svc
PO Box 722
Gillette, WY 82717-0722


Sharkey Well Svc
PO Box 722
Gillette, WY 82717-0722


Smith International
PO Box 200760
Dallas, TX 75320-0760


State of Colorado
Division of Securities
1560 Broadway
Suite 900
Denver, CO 80202-5150


Survey Rentals
2242 N 6 Mile Road
Casper, WY 82604-1500


T&T Cranes
PO Box 2468
Gillette, WY 82717


TDS Fishing
PO Box 593
Gillette, WY 82717-0593


TDS Fishing & Rental
PO Box 593
Gillette, WY 82717-0593


Tom Kimmell, Esq.
1775 Sherman Street, Suite 1375
Denver CO 80203

```
Toolpushers
PO Box 1714
Casper, WY 82602




Tuboscope
9015 Sheldon Rd
Houston,  TX  77049-1810




Weatherford
PO Box 200019
Houston, TX 77216-0019




Wyoming Casing
17 Wilkins Peak Drive
Rock Springs, WY 82901
```