B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **P & M Petroleum Management, LLC**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Patterson Drilling<br>PO Box 260111<br>Dallas, TX 75321 | Patterson Drilling<br><br>Patterson Drilling<br>PO Box 260111<br>Dallas, TX 75321 | Vendor Trade Debt | | $383,657.66 |
| L&S Trucking<br>3490 South 1500 East<br>Vernal, UT 84078 | L&S Trucking<br><br>L&S Trucking<br>3490 South 1500 East<br>Vernal, UT 84078 | Vendor Trade Debt | | $227,800.00 |
| P&M Rig Company<br>555 17th Street #1400<br>Denver, CO 80202 | P&M Rig Company<br><br>P&M Rig Company<br>555 17th Street #1400<br>Denver, CO 80202 | Vendor Trade Debt | | $186,278.42 |
| Allen & Schramm<br>518 17th Street #1105<br>Denver, CO 80202-4112 | Allen & Schramm<br><br>Allen & Schramm<br>518 17th Street #1105<br>Denver, CO 80202-4112 | Vendor Trade Debt | | $70,904.75 |
| Sanjel<br>511 16th Street, #300<br>Denver, CO 80202 | Sanjel<br><br>Sanjel<br>511 16th Street, #300<br>Denver, CO 80202 | Vendor Trade Debt | | $65,144.64 |
| B&S Drilling Fluids<br>PO Box 1459<br>Vernal, UT 84078 | B&S Drilling Fluids<br><br>B&S Drilling Fluids<br>PO Box 1459<br>Vernal, UT 84078 | Vendor Trade Debt | | $54,420.41 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **P & M Petroleum Management, LLC**                    ,    Case No. _____
                          Debtor                                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Calais Energy Acctg<br>555 17th Street #1400<br>Denver, CO 80202 | Calais Energy Acctg<br><br>Calais Energy Acctg<br>555 17th Street #1400<br>Denver, CO 80202 | Vendor Trade Debt | | $49,000.00 |
| Consolidated Oil Well<br>PO Box 4346<br>Houston, TX 77210-4346 | Consolidated Oil Well<br><br>Consolidated Oil Well<br>PO Box 4346<br>Houston, TX 77210-4346 | Vendor Trade Debt | | $48,386.25 |
| John Crane Prod Sol<br>6308 West I-20<br>Midland, TX 79706 | John Crane Prod Sol<br><br>John Crane Prod Sol<br>6308 West I-20<br>Midland, TX 79706 | Vendor Trade Debt | | $42,828.56 |
| Moore Mining<br>1020 Country Club Rd 7B<br>Gillette, WY 82718 | Moore Mining<br><br>Moore Mining<br>1020 Country Club Rd 7B<br>Gillette, WY 82718 | Vendor Trade Debt | | $41,356.43 |
| Precision Well Svc<br>403 Commerce Drive<br>Gillette, WY 82718 | Precision Well Svc<br><br>Precision Well Svc<br>403 Commerce Drive<br>Gillette, WY 82718 | Vendor Trade Debt | | $40,299.61 |
| J R Salvage<br>PO Box 1597<br>Gillette, WY 82717 | J R Salvage<br><br>J R Salvage<br>PO Box 1597<br>Gillette, WY 82717 | Vendor Trade Debt | | $38,552.20 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **P & M Petroleum Management, LLC** , Case No. _____

　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sharkey Well Svc<br>PO Box 722<br>Gillette, WY 82717-0722 | Sharkey Well Svc<br><br>Sharkey Well Svc<br>PO Box 722<br>Gillette, WY 82717-0722 | Vendor Trade Debt | | $37,351.25 |
| Wyoming Casing<br>17 Wilkins Peak Drive<br>Rock Springs, WY 82901 | Wyoming Casing<br><br>Wyoming Casing<br>17 Wilkins Peak Drive<br>Rock Springs, WY 82901 | Vendor Trade Debt | | $36,919.25 |
| Weatherford<br>PO Box 200019<br>Houston, TX 77216-0019 | Weatherford<br><br>Weatherford<br>PO Box 200019<br>Houston, TX 77216-0019 | Vendor Trade Debt | | $35,924.49 |
| Borets Weatherford<br>PO Box 200019<br>Houston, TX 77216-0019 | Borets Weatherford<br><br>Borets Weatherford<br>PO Box 200019<br>Houston, TX 77216-0019 | Vendor Trade Debt | | $31,800.00 |
| Odegard, LLC<br>6090B US Hwy 14-16<br>Arvada, WY 82831-9613 | Odegard, LLC<br><br>Odegard, LLC<br>6090B US Hwy 14-16<br>Arvada, WY 82831-9613 | Vendor Trade Debt | | $30,187.70 |
| Champion Technology<br>PO Box 2243<br>Houston, TX 77252 | Champion Technology<br><br>Champion Technology<br>PO Box 2243<br>Houston, TX 77252 | Vendor Trade Debt | | $28,786.89 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **P & M Petroleum Management, LLC** , Case No. _____

Debtor                                                                                                              Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mountain Mud Svc<br>1301 E Lincoln Street<br>Gillette, WY 82716-3017 | Mountain Mud Svc<br><br>Mountain Mud Svc<br>1301 E Lincoln Street<br>Gillette, WY 82716-3017 | Vendor Trade Debt | | $26,211.75 |
| Sharkey Well Svc<br>PO Box 722<br>Gillette, WY 82717-0722 | Sharkey Well Svc<br><br>Sharkey Well Svc<br>PO Box 722<br>Gillette, WY 82717-0722 | Vendor Trade Debt | | $23,969.88 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Edward Neibauer, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 9/25/12                    Signature:

**Edward Neibauer ,Manager**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.