UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )     Case No. 12-29883-HRT
P&M PETROLEUM MANAGEMENT, LLC  )
EIN: 84-6132324                           )     Chapter 11
                                          )
        Debtor.                           )

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS
## QUESTION 11, AND SCHEDULES B, D, F, AND G

The Debtor, P&M Petroleum Management, LLC, by and through its attorneys, Kutner Miller Brinen, P.C., hereby amends its Statement of Financial Affairs Question 11 and Schedules B, D, F, and G in the form of that attached hereto.

Dated: November __8__, 2012            Respectfully submitted,

                                       By:_____
                                          Lee M. Kutner #10966

                                       **KUTNER MILLER BRINEN, P.C.**
                                       303 E. 17th Avenue, Suite 500
                                       Denver, CO  80203
                                       Telephone:  (303) 832-2400
                                       Facsimile:  (303) 832-1510
                                       E-mail: lmk@kutnerlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of November, 2012, I caused a true and correct copy of the foregoing **AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 11, AND SCHEDULES B, D, F, AND G** to be deposited in the United States Mail, postage prepaid and addressed as follows:

Alison Goldenberg, Esq.
United States Trustee's Office
999 18th Street
Suite 1551
Denver, CO 80202

Vicky L. Martina

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of November, 2012, I caused a true and correct copy of the **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES** to be deposited in the United States Mail, postage prepaid and addressed as follows:

Executive Petroleum Services, LLC
6244 South Boston Court
Englewood, CO 80111

**Vicky Martina**

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### District of Colorado

In re: **P & M Petroleum Management, LLC**                     Case No. **12-29883-HRT**
_____
Debtor                                                    (If known)

# AMENDED - STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 486,408.00 | Lease Operating: $91,450<br>Engineering: $210,698<br>Management Fees: $174,600<br>Other: $9,660 | 2010 |
| 65,983.00 | Leasing Operating: $35,572<br>Engineering: -$1,861<br>Management Fees: $28,300<br>Other: $3,972 | 2011 |
| 34,620.00 | Lease Operating: $34,619<br>Engineering: $0.00<br>Management Fees: $0.00<br>Other: $1 | 2012 YTD |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Statement of Financial Affairs Question 3(b)** | | | |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Patterson UTI v. P&M Petroleum Management, LLC  94275 | Rig Services | District of Wyoming Casper, Wyoming | Sum Judgment |
| Weatherford v. P&M Petroleum Management, LLC  2012-44915 | Tool Rental | Harris, Texas | Pending |
| RJM v. P&M Petroleum Management, LLC | | | Settled |
| Magna Energy v. P&M Petroleum Management, LLC  33311 | Tool Rental | District Court of Wyoming Gillette, Wyoming | Settled |
| Bri-Dan Services v. P&M Petroleum Management, LLC | | | Settled |
| Black Hills Trucking v. P&M Petroleum Management, LLC  2011-CV-6677 | Trucking | Denver District Court Denver, Colorado | Settled |
| Sharkey Well Service v. P&M Petroleum Management, LLC | Rig Services | | Pending |
| B&S Drilling v. P&M Petroleum Management LLC  94006-C | Drilling Fluids | District Court of Wyoming Casper, Wyoming | Settled |
| Consolidated v. P&M Petroleum Management, LLC | Cementing | | Pending |
| IGO Field Services v. P&M Petroleum Management, LLC  CV-2011-3759 | Services | District Court of Wyoming Casper, Wyoming | Settled |
| L&S Trucking v. P&M Petroleum Management, LLC  110800732 | Haul Rig | District Court of Utah Vernal, Utah | Sum Judgment |
| ML Denver v P&M Petroleum Management, LLC  2011-CV-8216 | Unpaid Rent | Denver District Court Denver, Colorado | Settled |

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

### 5.  Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9. Payments related to debt counseling or bankruptcy

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Kutner Miller Brinen, P.C.<br>303 East 17th Avenue<br>Suite 500<br>Denver, CO 80203 | September 25, 2012 | $25,000.00 |

### 10. Other transfers

None

☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None

☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None

☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wells Fargo<br>P.O. Box 5247<br>Denver, CO 80202 | Checking (Wyoming)<br>8680 | $22,004.00<br>September 26, 2012 |

6

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None
❑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Various | Revenue, Suspense, Taxes $305,808 | Charles Schwab |
| Various | Revenue, Suspense, Taxes $32,032 | Steele Street |
| Various | Plugging Reserve $24,905 | Fidelity |

## 15.  Prior address of debtor

None
❑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 555 17th Street Suite 1400 Denver, CO 80202 | P&M Petroleum Management, LLC | March 1, 2011 to February 29, 2012 |
| 6244 South Boston Court Englewood, CO 80111 | P&M Petroleum Management, LLC | March 1, 2012 to Present |
| 518 17th Street Suite 1105 Denver, CO 80202 | P&M Petroleum Management, LLC | May 1, 2008 to February 29, 2011 |

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

8

### 18. Nature, location and name of business

None

☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None

☑ b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

### 19. Books, records and financial statements

None

☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Calais Energy Accounting, LLC**<br>**555 17th Street**<br>**Suite 1400**<br>**Denver, CO 80202** | **March 1, 2011 to October 31, 2012** |
| **Jerry Calley**<br>**6280 Otis Street**<br>**Arvada, CO 80003** | **August 1, 2003  to February 29, 2011** |

None

☑ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None

☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Calais Energy Accounting, LLC** | **555 17th Street**<br>**Suite 1400**<br>**Denver, CO 80202** |
| **Jerry Calley** | **6280 Otis Street**<br>**Arvada, CO 80003** |

None

☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Edward Neibauer**<br>**6244 South Boston Court**<br>**Englewood, CO 80111** | **Owner** | **100%** |

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                     TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                           TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

                                                **Edward Neibauer, Manager**
                                                Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of Colorado

In re **P & M Petroleum Management, LLC**
Debtor

Case No. **12-29883-HRT**

Chapter **11**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $ 0.00 | | |
| B - Personal Property | NO | 2 | $ 3,513,139.33 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 20 | | $ 2,198,171.73 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | NO | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 29 | $ 3,513,139.33 | $ 2,198,171.73 | |

B6B (Official Form 6B) (12/07)

In re  P & M Petroleum Management, LLC                    Case No.  12-29883-HRT
_____                          _____
                    Debtor                                          (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking and Savings Accounts See Exhibit B(2)** | | 369,739.95 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposits See Exhibit B(3)** | | 247,829.50 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **General Liability Insurance** | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Oil and Gas Bonds Listed under Schedule B(3)** | | 0.00 |
| 16. Accounts receivable. | | **Accounts Receivable** | | 2,895,569.88 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **P & M Petroleum Management, LLC**                          Case No.  **12-29883-HRT**
                                                                                 (If known)
                                  Debtor

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment** **See Exhibit B(28)** | | 0.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Business Machinery** **See Exhibit B(29)** | | 0.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_1_   continuation sheets attached          Total ↗   | **$3,513,139.33** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re   **P & M Petroleum Management, LLC**                              .          Case No.   **12-29883-HRT**

                                **Debtor**                                                                (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| **NONE** | | | **VALUE** | | | | | |

0    continuation sheets
     attached

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

|  |  |
|---|---|
| $                0.00 | $                0.00 |
| $                0.00 | $                0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re  **P & M Petroleum Management, LLC**                          Case No. **12-29883-HRT**
                                                    Debtor                                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐       Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A & W Water Service**<br>**1892 Denver Avenue**<br>**Fort Lupton, CO 80621** | | | 2012<br><br>Trade Debt | | | | 2,162.51 |
| ACCOUNT NO.<br><br>**Adrian Leonard IV, Esq.**<br>**Featherstone Petrie DeSisto LLP**<br>**600 17th Street, Suite 2400S**<br>**Denver, CO 80202-5424** | | | **Notice Purposes Only** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Allen & Schramm**<br>**518 17th Street #1105**<br>**Denver, CO 80202-4112** | | | 2010<br><br>Trade Debt | | | | 70,904.75 |
| ACCOUNT NO.<br><br>**Ally Equipment**<br>**3931 Holly Street**<br>**Denver, CO 80207** | | | 2011/2012<br><br>Trade Debt | | | | 21,670.91 |
| ACCOUNT NO.<br><br>**Anchor Services**<br>**PO Box 1868**<br>**Gillete, WY 82717-1868** | | | 2012<br><br>Trade Debt | | | | 2,170.08 |

 <u>19</u>   Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal  ➤ | $ | 96,908.25 |
| Total  ➤ | $ | . |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **P & M Petroleum Management, LLC**                         Case No.  **12-29883-HRT**
                            Debtor                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2009/2011 | | | | 16,844.55 |
| Angel, LLC 6601 E Progress Ave Greenwood Village, CO 80111 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2011 | | | | 108,840.82 |
| B&S Drilling Fluids PO Box 1459 Vernal, UT 84078 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2010 | | | | 11,954.22 |
| Baker Hughes Business Support Services PO Box 200415 Houston, TX 77216-0415 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Barry L. Wilkie, Esq. 1999 Broadway, Suite 3150 Denver, CO 80202 | | | Notice Purposes Only | | | | |
| ACCOUNT NO. | | | 2010/2011 | | | | 35,715.60 |
| Basic Energy Services P.O. Box 10460 Midland, TX 79702 | | | Trade Debt | | | | |

_____ 19 _ Continuation sheets attached

Sheet no. _1_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                173,355.19

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  P & M Petroleum Management, LLC                                    Case No.  12-29883-HRT
                              Debtor                                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                       |   |   | 2010 |   |   |   |   |
| Bico Drilling Tools 1604 Greens Road Houston, TX 77032 |   |   | Trade Debt |   |   |   | 16,996.88 |
| ACCOUNT NO.                                       |   |   |      |   |   |   |   |
| Black Hills Trucking P.O. Box 2360 Casper, WY 82602 |   |   |      |   |   |   | 22,474.00 |
| ACCOUNT NO.                                       |   |   | 2012 |   |   |   |   |
| Blakeman Propane - BU P.O. Box 45 Moorcroft, WY 82721 |   |   |      |   |   |   | 127.20 |
| ACCOUNT NO.                                       |   |   | 2012 |   |   |   |   |
| Blakeman Propane - CA P.O. Box 45 Moorcroft, WY 82721 |   |   |      |   |   |   | 126.00 |
| ACCOUNT NO.                                       |   |   | 2012 |   |   |   |   |
| Blakeman Propane - GI P.O. Box 45 Moorcroft, WY 82721 |   |   |      |   |   |   | 1,139.77 |

19  Continuation sheets attached

Sheet no.  2 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $    40,863.85

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **P & M Petroleum Management, LLC**
_____
Debtor

Case No. 12-29883-HRT
_____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2012 | | | | 31,800.00 |
| Borets Weatherford PO Box 200019 Houston, TX 77216-0019 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2012 | | | | 10,034.46 |
| Bourland & Leverich PO Box 95300 Grapevine, TX 76099-9752 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 1,170.50 |
| BP America Production P.O. Box 3092 Houston, TX 77253 | | | | | | | |
| ACCOUNT NO. | | | 2012 | | | | 2,758.90 |
| Bri-Dan Services PO Box 3260 Gillette, WY 82717 | | | Repairs | | | | |
| ACCOUNT NO. | | | 2012 | | | | 18,448.24 |
| C&S Oil Tools PO Box 2181 Gillette, WY 82717 | | | Trade Debt | | | | |

_19_  Continuation sheets attached

Sheet no. _3_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 64,212.10

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  P & M Petroleum Management, LLC                                 Case No.  12-29883-HRT
                            Debtor                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Calais Energy Acctg<br>555 17th Street #1400<br>Denver, CO 80202 | | | 2012<br><br>Accounting Services | | | | 49,000.00 |
| ACCOUNT NO.<br><br>Chad McShane, Esq.<br>Robinson Waters & O'Dorisio, PC<br>1099 18th Street, Suite 2600<br>Denver, CO 80202 | | | Notice Purposes Only | | | | 0.00 |
| ACCOUNT NO.<br><br>Champion Technology<br>PO Box 2243<br>Houston, TX 77252 | | | 2012<br><br>Trade Debt | | | | 28,860.35 |
| ACCOUNT NO.<br><br>Colorado Oil and Gas<br>Conservation Commission<br>1120 Lincoln Street<br>Suite 801<br>Denver, CO 80203 | | | | | | | 10,000.00 |
| ACCOUNT NO.<br><br>Consolidated Oil Well<br>PO Box 4346<br>Houston, TX 77210-4346 | | | 2012<br><br>Trade Debt | | | | 48,386.25 |

19   Continuation sheets attached

Sheet no.  4 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal      $                 136,246.60

Total      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **P & M Petroleum Management, LLC** _____
                                    Debtor

Case No. **12-29883-HRT** _____
                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2012 | | | | 18,586.15 |
| D&DJ Oil Tools PO Box 2011 Gillette, WY 82717-2011 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 4,240.00 |
| Daniel Schauer 2423 Passaic Rd Clearmont, WY 82835 | | | | | | | |
| ACCOUNT NO. | | | | | | | 39.16 |
| Do, Inc. P.O. Box 1065 Gillette, WY 82717 | | | | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Don Connell, Esq. 205 E Sixth Street Storm Lake, IA 50588 | | | Notice Purposes Only | | | | |
| ACCOUNT NO. | | | | | | | 1,740.10 |
| Edward Neibauer 6244 South Boston Court Englewood, CO 80111 | | | | | | | |

_19_   Continuation sheets attached

Sheet no. _5_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 24,605.41

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  P & M Petroleum Management, LLC
_____
           Debtor

Case No.  12-29883-HRT
_____
           (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 7,342.30 |
| Electrical Systems PO Box 382 Gillette, WY 82717 | | | | | | | |
| ACCOUNT NO. | | | | | | | 750.00 |
| Energy Laboratories P.O. Box 30916 Billings, MT 59107 | | | | | | | |
| ACCOUNT NO. | | | | | | | 18,048.35 |
| Ensign US PO Box 17805 Denver, CO 80217 | | | | | | | |
| ACCOUNT NO. | | | | | | | 105,000.00 |
| Estate of Robert W. Peterson c/o Brice Peterson 3915 Amherst Street Houston, TX 77005 | | | Oil and Gas Bonds | | | | |
| ACCOUNT NO. | | | September 24, 2012 | | | | 25,000.00 |
| Executive Petroleum Services, LLC 6244 South Boston Court Englewood, CO 80111 | | | Loan | | | | |

19    Continuation sheets attached

Sheet no. 6 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤ $                    156,140.65

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   P & M Petroleum Management, LLC          Case No.  12-29883-HRT
                              Debtor                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Facts, Inc.<br>40 Constitution Drive<br>Gillette, WY 82716 | | | | | | | 5,279.03 |
| ACCOUNT NO.<br><br>Flogistix -  WY<br>PO Box 731390<br>Dallas, TX 75373-1390 | | | | | | | 956.77 |
| ACCOUNT NO.<br><br>Flotek Pump Systems<br>PO Box 677496<br>Dallas, TX 75267-7496 | | | 2012<br><br>Trade Debt | | | | 20,516.03 |
| ACCOUNT NO.<br><br>Generators of Gillette<br>PO Box 1585<br>Gillette, WY 82717-1585 | | | 2012<br><br>Trade Debt | | | | 4,606.05 |
| ACCOUNT NO.<br><br>Greg's Welding, Inc.<br>P.O. Box 3104<br>Gillette, WY 82717 | | | 2012<br><br>Trade Debt | | | | 3,593.40 |

    19   Continuation sheets attached

Sheet no.  7 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $         34,951.28

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **P & M Petroleum Management, LLC**                              Case No.  12-29883-HRT
                              Debtor                                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Heidi Harris<br>3348 Georgia Circle<br>Gillette, WY 82718 | | | | | | | 4,000.00 |
| ACCOUNT NO.<br><br>Humming Bird Enterp<br>Chuck Harris<br>3307 Watsabaugh<br>Gillette, WY 82718 | | | 2011/2012<br><br>Trade Debt | | | | 10,300.00 |
| ACCOUNT NO.<br><br>Integrated Prod Svcs<br>16800 Greenspoint Park Drive, Suite 200S<br>Houston, TX 77060 | | | | | | | 5,943.67 |
| ACCOUNT NO.<br><br>J R Salvage<br>PO Box 1597<br>Gillette, WY 82717 | | | 2011<br><br>Trade Debt | | | | 57,808.86 |
| ACCOUNT NO.<br><br>Jerry's Welding<br>PO Box 868<br>Douglas, WY 82633 | | | 2012<br><br>Trade Debt | | | | 1,489.45 |

_19_  Continuation sheets attached

Sheet no.  _8_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 79,541.98 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __P & M Petroleum Management, LLC_____   Case No. __12-29883-HRT_____
                          Debtor                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2012 | | | | 4,280.00 |
| Jim's Water Service P.O. Box 2290 Gillette, WY 82717 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 42,828.56 |
| John Crane Prod Sol 6308 West I-20 Midland, TX 79706 | | | | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| John Kettunen, Esq. Dworkin, Chambers, Williams, York Benson & Evans, PC 3900 E Mexico Ave, Suite 1300 Denver, CO 80210 | | | Notice Purposes Only | | | | |
| ACCOUNT NO. | | | 2012 | | | | 4,452.00 |
| K&D Perforators PO Box 815 Upton, WY 82730 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2012 | | | | 11,323.65 |
| Kissack Water & Oil PO Box 9 Rozet, WY 82727 | | | Trade Debt | | | | |

___19___ Continuation sheets attached

Sheet no. _9_ of _19_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $        62,884.21

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   P & M Petroleum Management, LLC                          Case No.  12-29883-HRT
                                    Debtor                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2012 | | | | 3,653.58 |
| L&H Industrial 913 L&J Court Gillette, WY 82718 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 227,800.00 |
| L&S Trucking 3490 South 1500 East Vernal, UT 84078 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,520.00 |
| Lemuel Parsons 3307 Watsabaugh Drive Gillette, WY 82718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,129.21 |
| Lo-Gear Trucking 189 Preston Street Linch, WY 82640 | | | | | | | |
| ACCOUNT NO. | | | 2012 | | | | 265.29 |
| M.G. Oil Co. P.O. Box 1065 Gillette, WY 82717 | | | Trade Debt | | | | |

     19   Continuation sheets attached

Sheet no.  10 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▸ $            237,368.08

Total  ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  P & M Petroleum Management, LLC                              Case No.  12-29883-HRT
                                    Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Magna Energy<br>PO Box 2155<br>Gillette, WY 82717-2155 | | | | | | | 14,811.00 |
| ACCOUNT NO.<br><br>Mark E. Macy, Esq.<br>217 18th Street<br>Cheyenne, WY 82001 | | | | | | | 500.00 |
| ACCOUNT NO.<br><br>Marta-Co Control<br>Daniel E Conrad<br>PO Box 3032<br>Mills, WY 82644-3032 | | | 2011<br><br>Trade Debt | | | | 7,638.50 |
| ACCOUNT NO.<br><br>McJunkin Red Man<br>PO Box 640300<br>Pittsburgh, PA 15264-0300 | | | | | | | 2,857.86 |
| ACCOUNT NO.<br><br>Mel's Water Service<br>PO Box 37<br>Lysite, WY 82642-0037 | | | | | | | 14,347.50 |

19   Continuation sheets attached

Sheet no. 11 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 40,154.86

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   P & M Petroleum Management, LLC                          Case No.  12-29883-HRT
                                      Debtor                                                 (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ML Denver, LLC Department 1418 Denver, CO 80256 | | | 2011/2012  Rent | | | | 11,821.67 |
| ACCOUNT NO.  Moore Mining 1020 Country Club Rd 7B Gillette, WY 82718 | | | 2012  Trade Debt | | | | 38,344.44 |
| ACCOUNT NO.  Mountain Mud Svc 1301 E Lincoln Street Gillette, WY 82716-3017 | | | 2012  Trade Debt | | | | 27,271.75 |
| ACCOUNT NO.  Norco, Inc. P.O. Box 15299 Boise, ID 83715-5299 | | | 2012  Propane | | | | 10.85 |
| ACCOUNT NO.  Northern Production PO Box 4068 Gillette, WY 82717-4068 | | | | | | | 12,814.75 |

_19_   Continuation sheets attached

Sheet no. _12_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤  $          90,263.46

Total    ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __P & M Petroleum Management, LLC_____   Case No. __12-29883-HRT_____
                                          Debtor                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2011 | | | | 30,187.70 |
| Odegard, LLC 6090B US Hwy 14-16 Arvada, WY 82831-9613 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2012 | | | | 1,754.28 |
| Oedekoven Well Service P.O. Box 7006 Gillette, WY 82717 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2011/2012 | | | | 1,504.35 |
| Ogre Systems, Inc. 13111 North Central Expressway Suite 350 Dallas, TX 75243 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2012 | | | | 194,422.46 |
| P&M Rig Company 555 17th Street #1400 Denver, CO 80202 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2010 | | | | 7,590.27 |
| Pason Systems 7701 West Little York, Suite 800 Houston, TX 77040 | | | Trade Debt | | | | |

___19___  Continuation sheets attached

Sheet no. __13_ of _19_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $      235,459.06

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  P & M Petroleum Management, LLC                          Case No.  12-29883-HRT
                    Debtor                                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2012 | | | | 5,813.60 |
| Patriot Services 4509 Wilson Way Gillette, WY 82718 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2010 | | | | 313,657.66 |
| Patterson Drilling PO Box 260111 Dallas, TX 75321 <br><br> Patterson Drilling Company c/o Thomas F. Reese, Esq. Beatty, Wozniak & Reese 1551 Three Crowns Drive, Suite 110 Casper, Wyoming 82604 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2012 | | | | 7,775.76 |
| Powder River Energy PO Box 930 Sundance, WY 82729-0930 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 4,246.87 |
| Powder River Power 604 E Lakeway Dr Gillette, WY 82718 | | | | | | | |

_____19___  Continuation sheets attached

Sheet no.  14 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  | Subtotal ➤ | $ 331,493.89 |
|---|---|---|
|  | Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  P & M Petroleum Management, LLC
_____
Debtor

Case No. 12-29883-HRT
_____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Precision Energy Services**<br>P.O. Box 200019<br>Houston, TX 77216-0019 | | | | | | | 20,800.08 |
| ACCOUNT NO.<br><br>**Precision Well Svc**<br>403 Commerce Drive<br>Gillette, WY 82718 | | | 2012<br><br>Trade Debt | | | | 40,299.61 |
| ACCOUNT NO.<br><br>**Promaac Systems**<br>3903 Garman Rd<br>Gillette, WY 82716 | | | | | | | 2,622.38 |
| ACCOUNT NO.<br><br>**Record Supply, Inc.**<br>101 Carey Avenue<br>Gillette, WY 82716 | | | | | | | 674.00 |
| ACCOUNT NO.<br><br>**Reynolds Transporation**<br>PO Box 1431<br>Gillette, WY 82717 | | | | | | | 3,042.50 |

19   Continuation sheets attached

Sheet no.  15 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        67,438.57

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   P & M Petroleum Management, LLC

Case No. 12-29883-HRT

Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Rocky Mountain Libr GA 6244 South Boston Court Englewood, CO 80111 | | | 2011 Dues | | | | 280.00 |
| ACCOUNT NO. S B1 Denver Club, LLC c/o Steve York 3900 East Mexico Avenue Suite 1300 Denver, CO 80210 | | | 2011 Rent | | | | 8,364.72 |
| ACCOUNT NO. Sanjel 511 16th Street, #300 Denver, CO 80202 | | | 2010 Trade Debt | | | | 65,144.64 |
| ACCOUNT NO. Sharkey Well Svc PO Box 722 Gillette, WY 82717-0722 | | | 2012 Trade Debt | | | | 61,321.13 |
| ACCOUNT NO. Smith International PO Box 200760 Dallas, TX 75320-0760 | | | 2010 Trade Debt | | | | 16,641.71 |

19   Continuation sheets attached

Sheet no. 16 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 151,752.20

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  P & M Petroleum Management, LLC
_____
Debtor

Case No.  12-29883-HRT
_____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2010 | | | | 3,743.25 |
| Survey Rentals 2242 N 6 Mile Road Casper, WY 82604-1500 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 3,961.60 |
| T&T Cranes PO Box 2468 Gillette, WY 82717 | | | | | | | |
| ACCOUNT NO. | | | 2010 | | | | 8,337.50 |
| TDS Fishing PO Box 593 Gillette, WY 82717-0593 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | 2010 | | | | 20,629.72 |
| TDS Fishing & Rental PO Box 593 Gillette, WY 82717-0593 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | Notice Purposes Only | | | | 0.00 |
| Tom Kimmell, Esq. 1775 Sherman Street, Suite 1375 Denver CO 80203 | | | | | | | |

19  Continuation sheets attached

Sheet no.  17 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►  $                36,672.07

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   P & M Petroleum Management, LLC
         _____
                    Debtor

Case No.  12-29883-HRT
          _____
              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Toolpushers PO Box 1714 Casper, WY 82602 | | | 2011 Trade Debt | | | | 2,598.68 |
| ACCOUNT NO. Tuboscope 9015 Sheldon Rd Houston, TX 77049-1810 | | | 2010 Trade Debt | | | | 19,266.47 |
| ACCOUNT NO. U.S. Department of Treasury 1425 Fort Street Buffalo, WY 82834 | | | | | | | 54,807.21 |
| ACCOUNT NO. Weatherford PO Box 200019 Houston, TX 77216-0019 | | | 2010/2012 Trade Debt | | | | 15,124.41 |
| ACCOUNT NO. Western American Resources, LLC 555 17th Street Suite 1400 Denver, CO 80202 | | | 2011/2012 Rent | | | | 9,000.00 |

19   Continuation sheets attached

Sheet no. 18 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  > $  100,796.77

Total  > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  P & M Petroleum Management, LLC                          Case No.  12-29883-HRT
                              Debtor                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 144.00 |
| William J. Lara P.O. Box 733 Gillette, WY 82717 | | | | | | | |
| ACCOUNT NO. | | | 2010 | | | | 36,919.25 |
| Wyoming Casing 17 Wilkins Peak Drive Rock Springs, WY 82901 | | | Trade Debt | | | | |

19  Continuation sheets attached

Sheet no.  19 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $              37,063.25

Total  ➤  $            2,198,171.73

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **P & M Petroleum Management, LLC** _____ ,    Case No.   <u>12-29883-HRT</u>
                             **Debtor**                                                     (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ally Financial** <br> **P.O. Box 380909** <br> **Bloomington, MN 55438** | **Lease of 2008 Chevrolet Tahoe** <br> **Value: $13,000** |
| **See Exhibit G** | |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                        )
                                              )        Case No. 12-29883-HRT
P&M PETROLEUM MANAGEMENT, LLC )
EIN: 84-6132324                               )        Chapter 11
                                              )
          Debtor.                             )

## NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS AND/OR ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include the creditor/party listed below or on the attachment.

**Creditor/Party: Executive Petroleum Services, LLC, 6244 South Boston Court, Englewood, CO 80111**

1. Claim or Interest: Business debt – $25,000

2. This claim has been scheduled as (one box must be checked):
   [ ] secured - Schedule D;
   [ ] priority - Schedule E;
   **[XX] general unsecured - Schedule F;**
   [ ] executory contract or unexpired lease - Schedule G; or
   [ ] co-debtor - Schedule H.

Trustee name and address, if one has been appointed: **None.**

Dated: November 6, 2012

By: _____
**Lee M. Kutner #10966**
**Kutner Miller Brinen, P.C.**
303 E. 17th Ave., Suite 500
Denver, CO  80202
(303) 832-2400
(303) 832-1510

## Commentary

This notice must be completed for each creditor or party in interest added to the debtor's schedules.  This notice must be served on each added creditor or party in interest and a certificate of service filed in conjunction therewith.  If applicable, a proof of claim form must be included with the mailing.  See L.B.R. 1009-1.