UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)   Case No. 12-29883-HRT
P&M PETROLEUM MANAGEMENT, LLC )
EIN: 84-6132324 )   Chapter 11
)
Debtor. )

## CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE

Comes now the Debtor, P&M Petroleum Management, LLC, by and through its undersigned attorney, and pursuant to the provisions of 11 U.S.C. § 1106(a)(7) as order by this Court, and submits that the estate herein is fully administered and that the plan has been substantially consummated as follows:

1. That the order confirming the plan entered on August 30, 2013 has become final;

2. That the deposits required by the plan have been distributed in accordance with the provisions of the plan as shown in Schedule A attached hereto;

3. That substantially all of the property of the debtor has been transferred according to the provisions of the plan as shown in Schedule B attached hereto;

4. That the debtor or the successor has assumed the business or the management of the property dealt with by the plan as applicable;

5. That distribution has been commenced under the plan, and that payments to creditors and other interested parties have been undertaken as shown in Schedule C attached hereto; and

6. That all motions, contested matters, and adversary proceedings have been finally resolved.

7. The Debtor is requesting that the Final Decree enter with an effective date being the same as the date of this motion.

WHEREFORE the debtor herein prays for the entry of the Final Decree pursuant to FED.R.BANKR.P. 3022, finding that the estate has been fully administered and, therefore, ordering the closing of the case.

Dated: November 19, 2014.    By: */s/ Lee M. Kutner*
                                 Lee M. Kutner, #10966

                             **KUTNER BRINEN GARBER, P.C.**
                             1660 Lincoln St., #1850
                             Denver, CO 80264
                             Telephone: (303) 832-2400
                             Telecopy: (303) 832-1510
                             E-Mail: lmk@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 19, 2014, I served by prepaid first class mail a copy of the foregoing **CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Alison Goldenberg, Esq.
United States Trustee's Office
999 18th Street
Suite 1551
Denver, CO 80202

John F. Young, Esq.
Markus Williams Young & Zimmerman, LLC
1700 Lincoln Street, Suite 4000
Denver, CO 80203

RLI Insurance Company
ATTN: Jim Jorgensen
9025 North Lindbergh Drive
Peoria, IL 61615

Mark E. Macy, Esq.
Macy Law Office, P.C.
217 West 18th Street
Cheyenne, WY 82001

Thomas J. Klepperich, Esq.
Lonabaugh and Riggs, LLP
50 East Loucks
Suite 110
P.O. Drawer 5059
Sheridan, WY 82801

Patrick T. Holscher, Esq.
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street
Suite 500
Casper, WY 82606

R. Garth Ferrell, Esq.
Mallgren & Ferrell, P.C.
8480 East Orchard Road
Suite 6500
Greenwood Village, CO 80111

Barry L. Wilkie, Esq.
Jones & Keller, P.C.
1999 Broadway
Suite 3150
Denver, CO 80202

G. Raymond Goodwin, Esq.
Watrous Mielke & Goodwin, LLP
7472 South Shaffer Lane
Suite 100
Littleton, CO 80127

David S. Oppenheim, Esq.
Miller & Law, P.C.
1900 West Littleton Blvd.
Littleton, CO 80120

Jeffrey A. Weinman, Esq.
Weinman & Associates, P.C.
730 17th Street, Suite 240
Denver, CO 80202-3506

Lars H. Fuller, Esq.
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

William G. Pharo, Esq.
Assistant United States Attorney
1225 Seventeenth Street
Suite 700
Denver, CO 80202

Carissa D. Mobley, Esq.
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street
Suite 500
Casper, WY 82606

Timothy J. Lamb, Esq.
Timothy J. Lamb, P.C.
1401 17th Street
Suite 330
Denver, CO 80202


/s/ Vicky Martina
Vicky Martina

Debtor: P&M Petroleum Management, LLC
Case No. 12-29883-HRT

## SCHEDULE A

Nature and amount of deposits distributed in accordance with the provisions of the plan:

| Nature of Deposit | Amount | Distribution |
|---|---|---|
| None | | |
| | | |

Debtor: P&M Petroleum Management, LLC
Case No. 12-29883-HRT

## SCHEDULE B

The following property of the debtor has been/will be transferred according to the provisions of the plan:

| Nature of Property | Value of Property | Transferred To | Date of Transfer (Actual or Estimated) |
|---|---|---|---|
| Payment will be made in accordance with Plan. | | | |
| | | | |

Debtor: P&M Petroleum Management, LLC
Case No. 12-29883-HRT

## SCHEDULE C

Payments completed under the provisions of the plan are as follows:

**Administrative Payments/Fees and Taxes:**

1. Trustee's Commissions and Expenses   $ _____
2. Accountant's Fees   $ _____
3. Auctioneer's Fees   $ _____
4. Appraiser's Fees   $ _____
5. Attorney's Fees
   a. for creditor's committee   $ _____
   b. for trustee   $ _____
   c. for debtor   $ __21,343__
   d. other attorney's fees   $ _____
6. Taxes, Fines, Penalties, etc.   $ _____
(11 U.S.C. § 502(b)(1)(B) & (C))
7. Other Non-Operating Costs of Administration   $ _____
(Please itemize on attached sheets)

TOTAL Administrative Payments/Fees and Taxes:   $ __21,343__

**Other Priority Payments:**

1. Post Involuntary Petition/Pre-relief Claims   $ _____
2. Wages, etc.   $ _____
3. Contributions to Employee Benefit Plans   $ _____
4. Deposits for Undelivered Service or Property   $ _____
5. Taxes (11 U.S.C. § 507(a)(8))   $ _____

TOTAL Other Priority Payments:   $ _____

**Other Payments Completed Under the Plan:**

1. Payments to Secured Creditors   $ _____
2. Payments to Unsecured Creditors   $ _____
3. Payments to Equity Holders   $ _____
4. Other Distributions   $ _____

TOTAL Other Payments Completed Under the Plan:   $ substantial payments have been made in the personal case to P&M creditors that were guaranteed and secured